FILED'09 NOV 04 1458 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL SALVATORE BUFFA,

        Petitioner,

v.

BRIAN BELLEQUE,

        Respondent.

Civil No. 08-156-AC

ORDER

MARSH, Judge.

    Magistrate Judge John V. Acosta filed his Findings and Recommendation on October 7, 2009. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

1 - ORDER

Petitioner has filed timely objections. I have, therefore, given the file of this case a *de novo* review.

I find no error. Accordingly, I ADOPT the Findings and Recommendation #34 of Magistrate Judge Acosta.

IT IS SO ORDERED.

DATED this  4  day of November, 2009

                *Malcolm F. Marsh*
                Malcolm F. Marsh
                United States District Judge